**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION**

| | |
|---|---|
| First National Bank of Pennsylvania,<br><br>Plaintiff,<br><br>vs.<br><br>Limestone University and The United States of America,<br><br>Defendants. | **Civil Action No. 7:26-cv-01274-DCC**<br><br><br>**PLAINTIFF  FIRST NATIONAL BANK OF PENNSYLVANIA'S DISCLOSURE STATEMENT PURSUANT TO RULE 7.1, FRCP** |

Pursuant to Rule 7.1(a)(2), FRCP, the Plaintiff, First National Bank of Pennsylvania, by and through its undersigned attorneys, hereby names and identifies the citizenship of the following entities whose citizenship is attributed to the Plaintiff.

The Plaintiff is a national banking association organized and existing under the laws of the United States of America with its principal office in Greenville, Mercer County, Pennsylvania.

The Plaintiff is a wholly owned subsidiary of F.N.B. Corporation. F.N.B. Corporation maintains its headquarters in Pittsburgh, Pennsylvania.

[*signature on following page*]

PPAB 12391433v5

/s/ Robert C. Byrd
Robert C. Byrd (Fed. Id. #1643)
Anna-Bryce Hobson  (Fed. Id. #13458)
PARKER POE ADAMS & BERNSTEIN LLP
850 Morrison Drive, Suite 400
Charleston, South Carolina 29403
Telephone: (843) 727-2650
Facsimile: (843) 727-2680
bobbybyrd@parkerpoe.com
abhobson@parkerpoe.com

Emily I. Bridges (Fed. Id. #12258)
PARKER POE ADAMS & BERNSTEIN LLP
110 East Court Street, Suite 200
Greenville, South Carolina 29605
Telephone: (864) 577-6370
Facsimile: (864) 242-9888
emilybridges@parkerpoe.com

*Attorneys for the Plaintiff*
*First National Bank of Pennsylvania*

March 25, 2026

Charleston, South Carolina