**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION**

| | |
|---|---|
| First National Bank of Pennsylvania,<br><br>Plaintiff,<br><br>vs.<br><br>Limestone University and the United States Department of Agriculture,<br><br>Defendants. | Civil Action No. 7:26-cv-01274-DCC<br><br><br>**DEFENDANT LIMESTONE UNIVERSITY'S DISCLOSURE STATEMENT PURSUANT TO RULE 7.1, FRCP** |

Pursuant to Rule 7.1(a)(2), FRCP, Defendant Limestone University ("**Limestone**"), formerly known as Limestone College, by and through its undersigned attorneys, hereby names and identifies the citizenship of every individual or entity whose citizenship is attributed to Limestone.

Limestone is a non-profit corporation organized and existing under the laws of the State of South Carolina, and is located in Gaffney, South Carolina, which is in Cherokee County, South Carolina. There are no other individuals or entities whose citizenship is attributed to Limestone.

/s/ Julio E. Mendoza, Jr.
Julio E. Mendoza, Jr., Fed. ID No. 3365
MAYNARD NEXSEN PC
1230 Main Street, Suite 700 (29201)
Post Office Box 2426
Columbia, South Carolina 29202
Telephone: 803-540-2026
Email: rmendoza@maynardnexsen.com

Attorney for Defendant Limestone University

April 16, 2026
Columbia, South Carolina